IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>TROY BRIDGFORD, CANDICE BRIDGFORD, STUART WARNER, MATTHEW MARCHESE,  DYNAMIC CONSTRUCTION & ROOFING, LLC,<br><br>                    Defendants. | 4:15CV3086<br><br>ORDER |

　　　　　IT IS ORDERED:  The motion to permit Connor L. Cantrell to withdraw as counsel on behalf of Auto-Owners Insurance Company, (filing no. 7), is granted.

　　　Dated this 7th day of August, 2015

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge