IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>TROY BRIDGFORD, CANDICE BRIDGFORD, STUART WARNER, MATTHEW MARCHESE, AND DYNAMIC CONSTRUCTION & ROOFING, LLC,<br><br>             Defendants. | 4:15CV3086<br><br>**MEMORANDUM AND ORDER** |

Plaintiff filed its complaint on August 6, 2015 and requested summons as to defendants that same day. To date, plaintiff has not filed any return of service indicating defendants were served within the time allotted by Fed. R. Civ. P. 4. And defendants have not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until January 14, 2016 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 14th day of December, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge