# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STUART WARNER, et. al;<br><br>　　　　　Defendants. | 4:15CV3086<br><br>ORDER |

Plaintiff has now filed a return of service as to Defendants Warner and Dynamic Construction & Roofing, LLC.

Accordingly,

IT IS ORDERED:

1)　　Plaintiff's motion to keep this case open pending service on Defendants Warner and Dynamic Construction & Roofing, LLC., (Filing No. 20), is denied as moot.

2)　　Plaintiff has shown sufficient cause to excuse its delay in serving all defendants. As such, the case is not subject to dismissal at this time pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

February 18, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge